VAN–126 Order for Refund of Unclaimed Funds – Rev. 01/27/2015

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Fayetteville Division

IN RE:
Gloria Bryant Blackwell
 ( debtor has no known aliases )
Post Office Box 9263
Fayetteville, NC 28311–9083

CASE NO.: 04–07167–8–SWH

DATE FILED: September 14, 2004

CHAPTER: 13

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $514.35 constituting unclaimed funds is declared due to Roger Andrew Brown c/o Dilks & Knopik, LLC, 35308 SE Center St., Snoqualmie, WA 98065–9216 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: June 2, 2015

*[signature]*

Stephani W. Humrickhouse
United States Bankruptcy Judge